# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, et al., <br><br>Plaintiffs, <br><br>v. <br><br>ABSOLUTE URETHANE, <br><br>Defendant. | Case No. 1:18-cv-00623-DAD-SAB <br><br>ORDER REQUIRING PLAINTIFFS TO FILE NOTICE OF STATUS OF AUDIT WITHIN NINETY (90) DAYS AND VACATING SEPTEMBER 25, 2018 SCHEDULING CONFERENCE <br><br>(ECF No. 13) |

Plaintiffs Boards of Trustees of the Roofers Local 27 Health and Welfare Trust Fund, Roofers Local 27, Fresno Roofing Contractors Vacation Fund, and Roofers Local 27 Apprenticeship Training Fund filed this action on May 7, 2018 against Defendant Absolute Urethane. On June 7, 2018, the Clerk of the Court entered default against Defendant Absolute Urethane. On August 29, 2018, an order issued requiring Plaintiff to either file a motion for default judgment or show cause why this action should not be dismissed for failure to prosecute. Plaintiff filed a response on September 10, 2018. In the response, Plaintiffs assert that Defendant is currently participating in the audit and requests that the Court extend the deadline to file a motion for default judgment. The Court finds that good cause exists to grant Plaintiff's request for an extension of time.

/ / /

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a notice of the status of the audit within ninety (90) days of the date of service of this order; and

2. The scheduling conference set for September 25, 2018, is VACATED.

IT IS SO ORDERED.

Dated: __**September 11, 2018**__

UNITED STATES MAGISTRATE JUDGE