# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABSOLUTE URETHANE, <br><br> Defendant. | Case No. 1:18-cv-00623-DAD-SAB <br><br> ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT <br><br> (ECF No. 15) <br><br> NINETY DAY DEADLINE |

Plaintiffs Boards of Trustees of the Roofers Local 27 Health and Welfare Trust Fund, Roofers Local 27, Fresno Roofing Contractors Vacation Fund, and Roofers Local 27 Apprenticeship Training Fund filed this action on May 7, 2018 against Defendant Absolute Urethane. On June 7, 2018, the Clerk of the Court entered default against Defendant Absolute Urethane.

On September 10, 2018, Plaintiff filed a status report indicating that Defendant is providing documents for an audit that may resolve this matter. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice of status of the audit within ninety days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **December 11, 2018**

UNITED STATES MAGISTRATE JUDGE