# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABSOLUTE URETHANE, <br><br> Defendant. | Case No. 1:18-cv-00623-DAD-SAB <br><br> ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT <br><br> (ECF No. 17) <br><br> SIXTY DAY DEADLINE |

On September 10, 2018, Plaintiff filed a status report indicating that Defendant is providing documents for an audit that may resolve the matter. (ECF No. 15.) On December 11, 2018, the Court ordered that Plaintiff shall file a notice of status of the audit within ninety days. (ECF No. 16.) On March 12, 2019, Plaintiffs filed a status report indicating that Defendant has provided many documents for the audit, that the parties are currently engaged in settlement negotiations, and request additional time to evaluate a counteroffer. (ECF No. 17.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice of status of the settlement within sixty days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **March 14, 2019**

UNITED STATES MAGISTRATE JUDGE

1